IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE:
EXPIRED PASSPORTS

## ORDER TO FORWARD PASSPORT

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following expired passports to the United States Department of State, Office of Research and Liaison, Attn: Vanessa Washington, 1111 19th Street, NW, Room 500, Washington, DC 20522:

| Defendant Name | Expiration Date | Case Number |
|---|---|---|
| DAHER SR, Michael | 03/14/05 | 00-CR-255 |
| HINCKLEY, Mark V | 10/15/07 | 00-CR-331 |
| KHALSA, Harijiwan | 12/07/97 | 99-CR-366 |
| KHALSA, Harijiwan | 11/17/87 | 99-CR-366 |
| PIETERS, Edward J | 09/07/76 | 74-CR-067 |
| PRITCHARD, Donald | 09/15/06 | 01-CR-288 |
| RAYMOND, Doug E | 07/07/06 | 98-CR-244 |
| RETHERFORD, Lester | 03/19/06 | 02-CR-541 |
| STOK, Thomas | 08/18/07 | 00-CR-070 |
| STRAUSS II, David | 09/21/07 | 01-CR-350 |

Dated at Denver, Colorado, this 30 day of October, 2007.

BY THE COURT:

Edward W Nottingham, Chief Judge